Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

            Case No.: 17−29272−JKS
            Chapter: 13
            Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenia Paulino
   384 Rifle Camp Road
   Woodland Park, NJ 07424

Social Security No.:
   xxx−xx−7037

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/18/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 18, 2017
JAN: rh

                                                                                         Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-29272-JKS
Kenia Paulino                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 18, 2017
                              Form ID: 148             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db              +Kenia Paulino,    384 Rifle Camp Road,    Woodland Park, NJ 07424-3377
cr              +Ascension Capital Group Attn: Capital One Auto Fin,    PO BOX 165028,    Irving, TX 75016-5028
517081597       +Nationstar Mortgage, LLC,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Westmont, New Jersey 08108-2812
517082590       +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2017 23:04:54     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2017 23:04:48     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Oct 18 2017 22:33:00    Synchrony Bank c/o PRA Receivables Management, LLC,
                 Valerie Smith,   PO BOX 41021,   Norfolk, VA 23541-1021
517088684       +EDI: AISACG.COM Oct 18 2017 22:33:00    Capital One Auto Finance, a division of Capital On,
                 Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
517104444       +EDI: AISACG.COM Oct 18 2017 22:33:00    Capital One Auto Finance, c/o Ascension Capital Gr,
                 P.O. Box 165028,   Irving, TX 75016-5028
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kenneth J. Rosellini    on behalf of Debtor Kenia  Paulino kennethrosellini@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5